**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6887**

THEOTIS MARQUETTE JOHNSON, a/k/a Prince Justice Foundation
Allah,

     Plaintiff – Appellant,

  v.

JOHN JABE, Deputy Director of Virginia Department of
Corrections; LARRY HUFFMAN; KATHLEEN BASSETT; R. C.
MATHENA; F. BAILEY; M. HATTFIELD, Sgt.; T. HIGGINS; D.
VASS,

     Defendants – Appellees,

  and

K. PRICE,

     Defendant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:09-cv-00300-SGW)

Submitted:  November 15, 2011   Decided:  December 6, 2011

Before DUNCAN, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theotis Marquette Johnson, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Lara Kate Jacobs, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theotis Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Jabe, No. 7:09-cv-00300-SGW (W.D. Va. June 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED